## Kromer et al., Appellants, *v.* Tessitore.

Before DAVISON, J.

Argued September 11, 1974. *James E. Beasley,* with him *Jeffrey M. Stopford,* and *Beasley, Hewson, Casey, Kraft & Colleran,* for appellants; *William G. Ross,* with him *Sigmon, Lettner, Ross & Keenan,* for appellee.

Order affirmed.